**22 . Former partners, officers, directors and shareholders**

None ☐ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. NOT APPLICABLE

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. NOT APPLICABLE

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. NOT APPLICABLE

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.** NOT APPLICABLE

None ☐ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 11/23/2009 Signature of Debtor /s/ G. S. Lazzara

Gerard Stephan Lazzara, Jr.

Date ____ Signature of Joint Debtor (if any) ____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ____ Signature ____

Print Name and Title ____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

___continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address

Signature of Bankruptcy Petition Preparer

Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.***

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 11/23/2009 Signature of Debtor Gerard Stephan Lazzara, Jr.

Date 11/24/09 Signature of Joint Debtor (if any)

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ______ Signature ______

Print Name and Title ______

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer | Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address

Signature of Bankruptcy Petition Preparer | Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.***

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

**In re:**

**GERARD STEPHAN LAZZARA JR.,** **CASE No. 09-33361-H1-11**
**Debtor**

## ATTACHMENTS TO STATEMENT OF FINANCIAL AFFAIRS

**ATTACHMENT 1 Gross income received by debtor**

$178,298.00 January 1, 2009 to May 14, 2009
$633,344.00 January 1, 2008 to December 31, 2008
$429,959.00 January 1, 2007 to December 31, 2007



**ATTACHMENT 3.b – List of all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.00 [information is supplied under Item 3.b, but at request of the chapter 11 trustee is supplied in compliance with the criteria specified by *Item 3.a*]**

| Creditor Name | Dates | Amt Paid or Value of Transfer | Amt Still Owing |
|---|---|---|---|
| City of Houston<br>4200 Leeland<br>Houston, TX 77023 | 02-13-2009 | 619.32 | Monthly |
| Daniel J. Lemkuil<br>1314 Texas Ave<br>Houston, TX 77002 | 02-18-2009 | 3,000.00 | * |
| Joyce Ann Lazzara<br>1200 Post Oak # 1403<br>Houston TX 77056 | 02-25-2009 | 15,000.00 | 1,212,500.00 |
| Cramer Financial<br>3214 W Park Row Dr. # A<br>Pantego TX 76013 | 03-05-2009 | 2,478.74 | 600,000.00<br>0 |
| Leo Vasquez<br>1001 Preston Ave # 1001<br>Houston TX 77002 | 04-24-2009 | 9,136.82 | 0 |
| Reliant Energy<br>PO Box 3765<br>Houston TX 77253-3765 | 04-24-2009 | 650.95 | Monthly |




* Mr. Lemkuil performed legal services in the receivership actions commenced against the Debtor, but such services were for the benefit of RR Valve, Inc., as well as the Debtor. Either RR Valve or the Debtor is indebted to Mr. Lemkuil for the sums remaining unpaid on this fee statements.



**ATTACHMENT 3c – Transfers to Insider Creditors Within One Year Before Petition**

| Dates | Creditor Name | Amt Paid or Value of Transfer | Amt Still Owing |
|---|---|---|---|
| 09/05/2008 | Joyce Ann Lazzara | 25,000.00 | |
| 10/15/2008 | Joyce Ann Lazzara | 15,000.00 | |
| 10/31/2008 | Joyce Ann Lazzara | 15,000.00 | |
| 11/28/2008 | Joyce Ann Lazzara | 15,000.00 | |
| 12/29/2008 | Joyce Ann Lazzara | 15,000.00 | |
| 02/02/2009 | Joyce Ann Lazzara | 15,000.00 | |
| 02/25/2009 | Joyce Ann Lazzara | 15,000.00 | |
| TOTAL | | 115,000.00 | 1,212,500.00 |
| 07/25/2008 | Lavetta G. Lazzara | 70,000.00 | |
| 10/20/2008 | Lavetta G. Lazzara | 527.00 | |
| 12/31/2008 | Lavetta G. Lazzara | 1,000.00 | |
| 12/31/2008 | Lavetta G. Lazzara | 500.00 | |
| TOTAL | | 72,027.00 | 310,000.00 |

add

add

**4.a–Suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding filing of bankruptcy case:**

| Caption of suit and case no | Nature of Proceeding | Court | Status or disposition |
|---|---|---|---|
| 2007-14931; In the matter of the Marriage of Joyce Ann Lazzara and Gerard Stephan Lazzara, Jr. | Divorce | 247th Judicial District Court of Harris County, Texas | Final Judgment entered; Post-judgment enforcement proceedings underway |
| 91-41818; Cramer Financial Group, Inc., as Assignee of Bank One, Texas, N.A., v. Gerard Stephan Lazzara, Jr., Joyce Ann Lazzara, and Michael T. Gilbert | Suit on promissory note by assignee from FDIC "junk bank" from MBank entity. | 152nd Judicial District Court of Harris County, Texas | Divorce Decree entered, Post-decree enforcement proceedings underway |

**4.b–Property attached, garnished or seized within one year immediately preceding commencement of this case:**

On January 6, 2009, Cramer Financial Group, Inc., garnished various bank accounts at Prosperity Bank on which the debtor was a signatory. Approximately $2478.74 of funds seized were in an account in the name of and belonging to the debtor, and approximately $11,000.00 were in accounts in the name of and belonging to the debtor's mother and children and were funds that did not belong to the debtor. On March 4, 2009, the funds were removed from the Debtor's bank account and transferred to Cramer Financial Group, Inc.

add

**Attachment 7 Gifts:**

| Date | Transferee | Amount or Value |
|---|---|---|
| 05/28/2008 | GS ("Trey") Lazzara III | 500.00 |
| 07/20/2008 | GS ("Trey") Lazzara III | 1,000.00 |
| 08/27/2008 | GS ("Trey") Lazzara III | 500.00 |
| 10/07/2008 | GS ("Trey") Lazzara III | 14,967.00 |
| 11/03/2008 | GS ("Trey") Lazzara III | 500.00 |
| 04/12/2009 | GS ("Trey") Lazzara III | 1,000.00 |
| TOTAL | | 18,467.00 |
| | | |
| 05/30/2008 | Michole Lazzara | 258.00 |
| 06/25/2008 | Michole Lazzara | 500.00 |
| 07/03/2008 | Michole Lazzara | 2,000.00 |
| 07/28/2008 | Michole Lazzara | 350.00 |
| 07/30/2008 | Michole Lazzara | 1,000.00 |
| 08/11/2008 | Michole Lazzara | 1,500.00 |
| 08/19/2008 | (U of H for) Michole Lazzara | 4,600.00 |
| 08/25/2008 | (U of H for) Michole Lazzara | 100.00 |
| 08/26/2008 | Michole Lazzara | 1,000.00 |
| 09/05/2008 | (Midtown Arbor for) Michole Lazzara | 1,157.00 |
| 09/09/2008 | Michole Lazzara | 500.00 |
| 09/23/2008 | (U of H for) Michole Lazzara | 4,591.60 |
| 10/01/2008 | Michole Lazzara | 2,500.00 |
| 10/09/2008 | Michole Lazzara | 400.00 |
| 10/21/2008 | Michole Lazzara | 300.00 |
| 11/03/2008 | Michole Lazzara | 1,950.00 |
| 11/17/2008 | Michole Lazzara | 500.00 |
| 12/03/2008 | Michole Lazzara | 1,500.00 |
| 01/05/2009 | Michole Lazzara | 1,900.00 |
| 03/03/2009 | (Midtown Arbor for) Michole Lazzara | 1,410.00 |
| 04/02/2009 | Michole Lazzara | 1,500.00 |
| TOTAL | | 29,516.60 |
| | | |
| 10/16/2008 | Simberleigh Turnbo | 300.00 |

add

## Attachment 14.Property owned by another person that the debtor holds or controls:

| Name of Owner: | Description: | Value |
|---|---|---|
| RR Valve, Inc. | Canon Digital Camera | $ 50.00 |
| RR Valve, Inc | Computer w/4 monitors | $ 375.00 |
| RR Valve, Inc | Laptop computer | $ 250.00 |
| Joyce Lazzara | Sony 40" Flat screen TV | $ 300.00 |
| Joyce Lazzara | Aimes Woodback chairs w/ottoman | $ 150.00 |
| Joyce Lazzara | Painting in Living Room | $ 150.00 |
| Joyce Lazzara | Picture of Michole | $ 5.00 |
| Total | | $1,280.00 |

add

**ATTACHMENT 18.a – Names, addresses, taxpayer-identification numbers, nature of businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case:**

| Name and address | Taxpayer-Identification Nos. | Nature of Businesses | Beginning and ending dates |
|---|---|---|---|
| RR Valve Inc.<br>5201 Mitchelldale #A-11<br>Houston, TX 77092 | 55-0790050 | Manufactures and distributes reset valves in oil and gas industry. | 07/02/02 – Present |
| R&R Pump Inc.<br>5201 Mitchelldale #A-11<br>Houston, TX 77092 | 20-3304984 | Owns model pump and design for pump. | 07/02/05 – Present |
| Galleria Lazzara Inc.<br>5201 Mitchelldale #A-11<br>Houston, TX 77092 | 80-0253311 | Art gallery–sells consigned artwork on commission basis. | 10/01/08 – Present |
| Homes By Lazzara<br>5201 Mitchelldale #A-11<br>Houston, TX 77092 | 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 | Shelf company originally set up for "staging" homes for sale. | 10/01/08 – Present |
| RR Racing & Sports Inc.<br>5201 Mitchelldale #A-11<br>Houston, TX 77092 | 20-3826971 | Presently inactive–set up to sponsor competition racing. | 10/01/08 – Present |
| National Ordnance Company<br>5201 Mitchelldale #A-11<br>Houston, TX 77092 | | Owns BATF License for firearms manufacture | 12/10/1999–Present |
| Company B Intellectual Property, LLC<br>5201 Mitchelldale #A-11<br>Houston, TX 77092 | | Set up to hold and market patent and other intellectual property rights | 03/31/2005–Present |

add

add

**ATTACHMENT 20**

The debtor has not had a formal inventory of his personal property. However, in connection with the debtor's divorce from Joyce Ann Lazzara, the spouses and their advisors prepared and submitted an "inventory" to the divorce court, which was the basis of the property division in the final decree of the divorce court.